Wilbert Bryant #91366-053
Federal Correctional Institution-#2
P.O. Box 1500
Butner, North Carolina   27509

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   NOV 04 2025   ★

BROOKLYN OFFICE

October 23rd, 2025

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK
Clerk of Court
225 Cadman Plaza East
Brooklyn, New York   11201

Re:  United States v. Wilbert Bryant, Case No: 1:18-cr-00092(5-5)007

Dear Clerk of Court:

I am forwarding this correspondence to serve "NOTICE" as to NOT receiving the judge's Order at docket entry-ECF.No.-#605, in which, this Honorable Court "DENIED" my "Motion to file Notice of Constitutional Question pursuant to the Federal Rules of Civil Procedure 5.1" at docket entry-ECF.No.-#604.  See: (Exhibit-#1)

I just recently made a request for my docket sheet on 10/02/25, in which, I see that this Honorable Court "DENIED" my motion, and I would humbly and respectfully request that this Honorable Court re-instate the time period for appeal, due to NOT receiving 'notice' that this particular motion was denied on 05/23/25.

I have enclosed a "NOTICE OF APPEAL", respectively!!!

Thank you for your time and attention in the prompt handling of this very important matter!!!

Respectfully Submitted,



Wilbert  Bryant #91366-053

REC'D IN PRO SE OFFICE
NOV 4 '25 PM1:31

RECEIVED
NOV 04 2025
PRO SE OFFICE

## UNITED STATES DISTRICT COURT
### FOR THE
## EASTERN DISTRICT OF NEW YORK

WILBERT BRYANT,
       Plaintiff(s)

CIVIL ACTION NO. _____

  v.

UNITED STATES OF AMERICA,
       Defendant(s)

CRIMINAL NO. 1:18-CR-00092(5-5)007

### NOTICE OF APPEAL

Notice is hereby given that

Wilbert Bryant _____ above named, hereby appeals to

the United States Court of Appeals for the 2nd Circuit from the Order entered in this action on

the 23rd day of May 2025.

_____
Attorney or Pro Se Appellant

Federal Correctional Institution-#2
_____
Butner-II (Medium)
_____
Address P.O. Box 1500
         Butner, North Carolina 27509

Dated: 10/23/25
_____

# CERTIFICATE OF SERVICE

I, <u>Wilbert Bryant #91366-053</u>, hereby certify that I have served a true and correct copy of the following:

This **ACTION** is deemed filed at the time it was delivered to prison authorities for forwarding, [See *Houston v. Lack*, 101 L.Ed.2d 245 (1988)], upon the defendant(s) or plaintiff(s) and/or their attorney(s) of record, by placing said MOTION/PETITION(s) in a sealed, postage prepaid envelope addressed to:

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK
Clerk of Court
225 Cadman Plaza East
Brooklyn, New York 11201

This **LEGAL ACTION** was deposited in the United States Mail at the Federal Correctional Complex-<u>Institution-#2</u> which is located at <u>Butner-II (Medium), P.O. Box 1500, Butner, North Carolina  27509</u>

I declare, under penalty of perjury, that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

EXECUTED and SIGNED on this <u>23rd</u> day of <u>October, 2025.</u>
201 .

<u>Wilbert Bryant</u>
Petitioner/Propria Persona
Reg. No.
<u>Federal Correctional Institute</u>
<u>Butner II Medium</u>
<u>P.O Box 1500</u>
<u>Butner, NC 27509</u>

Name: Wilbert Bryant

Number:

Federal Correctional Institution 2

P.O. Box 1500

Butner, NC 27509

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

United States District Court
for the Eastern District of N.Y
Clerk of Court
225 Cadman Plaza East
Bklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

NOV 04 2025

BROOKLYN OFFICE

forever usa

RDC 99

U.S. POSTAGE PAID
FCM LETTER
BUTNER, NC 27509
OCT 28, 2025
$0.00
S2324K500600-06

FOREVER / USA



FEDERA...
P.O. BO...
...TNE..., NC ...RTH CARO... INA 27509
...IONAL INST. #2

ATE: 10-27-25

"SPECIAL/LEGAL MAIL"

he enclosed letter was processed through special mailing
...rocedures for forwarding to you. The letter has been
...her opened or inspected. If the writer raises a question
or ...oblem over which this facility has jurisdiction, you
...wish to return the material for further information
...rifica...